In the United States District Court
for the Southern District of Texas
Houston Division

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 0 6 2000

MICHAEL N. MILBY, CLERK OF COURT

Kroll Associates, Inc. )
    Plaintiff, )
)
v. )
) Civil Action No. H-99-4405
)
Mark Lanier and Lanier, Parker & )
Sullivan, P.C. )
    Defendants. )

## Order to Dismiss with Prejudice

On the **3** day of **Mar**, 2000 came on to be considered, the motion of the Plaintiff to dismiss this cause with prejudice. The Court finds that all matters in controversy have been settled between the parties, and that this cause should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause, be and is hereby dismissed in its entirety with prejudice to the refiling of same. It is further ORDERED that all costs are adjudged against the party who incurred same.

SIGNED the **3** day of **Mar**, 2000.

_____
United States District Judge